# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TINA NELSON, individually and on behalf of a class of similarly situated individuals, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FORD MOTOR CO., a Delaware corporation, | ) ) ) |
| Defendant. | ) ) |

No. 2:19-cv-02712-TLP-cgc

JURY DEMAND

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, filed on October 21, 2019. (ECF No. 1.) In accordance with the Joint Stipulation of Dismissal (ECF No. 55), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE** as to Plaintiff and **WITHOUT PREJUDICE** as to the other putative Class members. Each party shall bear its own costs.

**APPROVED:**

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

March 31, 2021
Date